Jovan **WATKINS**, Plaintiff—Appellant,

v.

**MARYLAND DIVISION OF CORRECTIONS**; **Kathleen Green, (Warden of ECI)**; **Correctional Medical Service**; **Dr. Aster Berhane, (CMS Doctor)**, Defendants—Appellees.

No. 10–6222.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 25, 2010.

Jovan Watkins, Appellant Pro Se. Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, Philip Melton Andrews, Kramon & Graham, PA, Baltimore, Maryland, for Appellees.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jovan Watkins appeals the district court's order granting summary judgment to Defendants in Watkins' 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Watkins v. Md. Div. of Corr.*, No. 8:09–cv–00294–DKC, 2010 WL 234975 (D.Md. Jan. 15, 2010). We deny Watkins' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*